# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 18, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

150891(70)

EARL H. ALLARD, JR.,
        Plaintiff-Appellant,

v

                                                SC: 150891
                                                COA: 308194
                                                Wayne CC: 10-110358-DM

CHRISTINE A. ALLARD,
        Defendant-Appellee.
_____/

On order of the Court, the plaintiff-appellant's motion to strike Issue III from the defendant-appellee's brief is considered, and it is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 18, 2015



d1215                                              Clerk